**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 26-19877-CAP** |
| **BNT SERVICES, INC.,** | **Chapter 11** |
| **Debtor.** | |
| **BNT SERVICES, INC.,** | **Adv. No. 26-ap-01275-CAP** |
| **Plaintiff,** | |
| **v.** | |
| **REVENUED LLC; PGT INNOVATIONS, LLC; CGI WINDOWS AND DOORS, LLC; CGI COMMERCIAL, LLC; WINDOOR, LLC; AMERICAN EXPRESS NATIONAL BANK; TRUIST BANK; and STEVEN MINEO,** | |
| **Defendants.** | |

**PLAINTIFF BNT SERVICES, INC.'S MOTION TO DISMISS ADVERSARY COMPLAINT WITHOUT PREJUDICE**

Plaintiff, BNT Services, Inc. (the "Plaintiff" or "BNT"), debtor and debtor in possession in the above-captioned Chapter 11 case, respectfully moves for entry of an order dismissing this adversary proceeding, including the Verified Complaint for Temporary, Preliminary, and Limited Injunctive Relief (the "Complaint"), without prejudice, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(2). In support, BNT states:

1. On August 13, 2026, BNT commenced this adversary proceeding by filing the Complaint, which sought temporary, preliminary, and limited injunctive relief.

2. BNT has determined, in its business judgment and after consideration of the present circumstances of its Chapter 11 case, that it no longer wishes to pursue the requested relief in this adversary proceeding at this time.

3. BNT requests dismissal of the Complaint and this adversary proceeding without prejudice and without an adjudication on the merits.

4. The requested dismissal will not adjudicate or impair any claim, defense, lien, remedy, or position of any Defendant in this adversary proceeding or in any other forum. Nor does BNT seek an award of costs, attorney's fees, or other affirmative relief against any Defendant through this Motion.

5. The requested dismissal is appropriate under Fed. R. Civ. P. 41(a)(2), made applicable in adversary proceedings by Fed. R. Bankr. P. 7041. The Court may dismiss an action at the plaintiff's request on terms the Court considers proper, and, unless the dismissal order provides otherwise, the dismissal is without prejudice.

6. BNT respectfully requests that the Court dismiss this adversary proceeding without prejudice, with each party to bear its own fees and costs, except as otherwise agreed or ordered in a separate proceeding.

WHEREFORE, BNT respectfully requests that the Court enter the proposed order dismissing this adversary proceeding and the Complaint without prejudice, with each party to bear its own fees and costs, and granting such other and further relief as is just and proper.

Dated: August 24, 2026.

Respectfully submitted,

TAX WORKOUT GROUP, P.A.
Counsel for Plaintiff BNT Services, Inc.
150 East Palmetto Park Road, Suite 800
Boca Raton, Florida 33432

Telephone: (561) 786-0002
Email: akamensky@twg.law
By: */s/ Andrew Kamensky*
Andrew Kamensky, Esq.
Florida Bar No. 0127574

**CERTIFICATE OF CONFERRAL**

Pursuant to S.D. Fla. Bankr. L.R. 9013-1(a), undersigned counsel certifies that conferral is not required because no Defendant has served an answer or motion for summary judgment, and Plaintiff therefore may voluntarily dismiss this adversary proceeding without a court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2026, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which caused notice to be sent to all registered CM/ECF users.

By: */s/ Andrew Kamensky*
Andrew Kamensky, Esq.